IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SENECA LAMBRONE LEE, and CHRIST CHRISTIANITY PARTY, <br> Plaintiffs, <br><br> v. <br><br> TEXAS DEPARTMENT OF TRANSPORTATION, et al., <br> Defendants. | ) ) ) ) ) ) ) ) ) ) | <br><br><br><br> 3:05-CV-01483-D |

**FINDINGS, CONCLUSIONS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Pursuant to the provisions of 28 U.S.C. § 636(b), and an order of the District Court in implementation thereof, this case has been referred to the United States Magistrate Judge. The findings, conclusions and recommendation of the Magistrate Judge, as evidenced by his signature thereto, are as follows:

FINDINGS AND CONCLUSIONS:

Before the Court for consideration are Plaintiffs Seneca Lambrone Lee and the Christ Christianity Party's complaint and motion for leave to proceed *in forma pauperis* (IFP), filed on July 26, 2005. Defendants are the Texas Department of Transportation, the Texas Department of Public Safety, the Office of the Texas Attorney General, the City of Dallas, the City of Fort Worth, and the City of Forest.

This is the first action which Plaintiff seeks leave to file in the Dallas Division of the Northern District of Texas. He is well known to the Fort Worth and Abilene Divisions of the Northern District for his abuse of the judicial process. The U.S. Party Case Index reflects he filed seven lawsuits in the Fort Worth Division and four lawsuits in the Abilene Division during the last four years, and was recently sanctioned in the Fort Worth Division. On April 29, 2005,

District Judge Terry R. Means assessed a monetary sanction of $500.00, which remains unpaid, for Plaintiff's abuse of the privilege of proceeding *in forma pauperis*, and for his filing of pleadings on behalf of the Christ Christianity Party, despite the repeated rulings of the court that he is not entitled to represent such party and despite his having been informed of the applicable law.  See Lee v. City of Forest Hill, Texas, 4:05cv0156-Y (N.D. Tex., Fort Worth Div.).  The sanction order provides that Plaintiff is "barred from filing any new civil action or lawsuit, until he has paid in full the $500 monetary sanction imposed in this cause."  Id.

RECOMMENDATION:

For the foregoing reasons, it is recommended that Plaintiff's motion to proceed *in forma pauperis* be DENIED and that this action be DISMISSED for failure to pay the previously imposed monetary sanction.

A copy of this recommendation will be mailed to Plaintiff Seneca Lambrone Lee, 1810 Mulberry, Colorado City, Texas 79512.

SIGNED August 11, 2005

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

NOTICE

In the event that you wish to object to this recommendation, you are hereby notified that you must file your written objections within ten days after being served with a copy of this recommendation.  Pursuant to Douglass v. United Servs. Auto Ass'n, 79 F.3d 1415 (5th Cir. 1996) (en banc), a party's failure to file written objections to these proposed findings of fact and conclusions of law within such ten-day period may bar a *de novo* determination by the district judge of any finding of fact or conclusion of law and shall bar such party, except upon grounds of plain error, from attacking on appeal the unobjected to proposed findings of fact and conclusions of law accepted by the district court.