**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **SENECA LAMBRONE LEE, and CHRIST CHRISTIANITY PARTY,** )<br>    **Plaintiffs,** )<br> )<br>**v.** )<br> )<br>**TEXAS DEPARTMENT OF TRANSPORTATION, et al.,** )<br>    **Defendants.** ) | 3:05-CV-01483-D |

**ORDER**

After conducting *de novo* review, the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are ADOPTED as the findings and conclusions of the Court. Plaintiff's motion to proceed *in forma pauperis* is DENIED and this action is DISMISSED for failure to pay the previously imposed monetary sanction.

Signed August 23, 2005.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE